461 A.2d 884

Commonwealth v. Carbonara, Appellant.

Argued February 24, 1983. John L. Doherty, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

Order affirmed.